**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 17, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EMERY WAYNE TROMBLEY, JR.,

    Defendant - Appellant.

No. 24-1512
(D.C. No. 1:22-CR-00205-WJM-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **KELLY**, and **PHILLIPS**, Circuit Judges.
_____

The government moves to enforce Emery Trombley's appeal waiver.

*See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc).

Mr. Trombley concedes the motion, so we grant it.  This appeal is dismissed.

Entered for the Court

Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.